```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


SPLADAE MOORE,                        )
                                      )    2:12-cv-02823-GEB-CKD
          Plaintiff,                  )
                                      )
     v.                               )    ORDER
                                      )
ROBINSON ENTERPRISES, INC., a         )
California corporation, dba           )
ROBINSON PETROLEUM 201, and DOES      )
ONE through FIFTY, inclusive,         )
                                      )
          Defendants.                 )
_____      )
SPLADAE MOORE,                        )
                                      )    2:12-cv-02885-KJM-AC
          Plaintiff,                  )
                                      )
     v.                               )
                                      )
EXPRESS MART, INC., a California      )
corporation, dba EXPRESS MART         )
#7, ROBINSON ENTERPRISES, INC.,       )
a California corporation, and         )
DOES ONE through FIFTY,               )
inclusive,                            )
                                      )
          Defendants.                 )
_____      )
```

On January 9, 2013, a Notice of Related Cases was filed concerning the above-captioned cases. (ECF No. 7.) However, examination of the actions does not indicate that their "assignment . . . to a single Judge is likely to effect a savings of judicial effort or

1

1  economies . . . ." E.D. Cal. R. 123(c). Therefore, the undersigned judge
2  declines to relate the actions.
3  Dated:  January 9, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge